**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00340-CMA-CBS

CAPITOL INDEMNITY CORPORATION,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Intervenor Plaintiff,

v.

LARRY HECKEL,
HECDKEL CONSTRUCTION, LLC, and
HARVEST GOLD VILLAGE HOMEOWNERS ASSOCIATION, INC.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41 and the Stipulation for Dismissal With Prejudice (Doc. # 33), signed by the attorneys for the parties hereto,

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney's fees.

DATED: October __11__, 2011

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge